UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MONET CONNER,

      Plaintiff/Appellant,

Case No. 15-10541

Honorable John Corbett O'Meara

v.

UNITED STATES DEPARTMENT OF
EDUCATION and EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

      Defendant/Appellees.

_____/

## ORDER DENYING APPELLANT'S MOTION FOR SANCTIONS

This matter came before the court on appellant Patricia Monet Conner's December 23, 2015 Motion for Judgment/Sanctions on the Defendants for Misleading the Court and Engaging in Misconduct. Appellee United States Department of Education ("DOE") filed a response January 7, 2016; and appellee Educational Credit Management Corporation filed a response January 11, 2016. Appellant Connor filed an addendum to her brief January 14, 2016. No oral argument was heard.

Connor seeks "judgment on the complaint (dismissal of student loans) as sanctions for the Defendant Attorneys' contempt of court." Appellant's mot. br. at 1. She alleges that the appellees' attorneys misled the court regarding her applications for repayment plans and her failure to make voluntary payments on her DOE student loan debt. In addition, Appellant claims attorneys for appellees "disclosed the Appellant's/Plaintiff's dependant's [*sic*] medical information for public viewing . . . ." Id. at 5.

Having reviewed the trial transcript from the bankruptcy court, this court finds Appellant's motion is entirely without merit.

## ORDER

It is hereby **ORDERED** that appellant Connor's December 23, 2015 motion is **DENIED.**

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  March 28, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 28, 2016, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager