UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MONET CONNER,

      Plaintiff/Appellant,

Case No. 15-10541

Honorable John Corbett O'Meara

v.

UNITED STATES DEPARTMENT OF
EDUCATION and EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

      Defendant/Appellees.

_____/

## **ORDER DENYING APPELLANT'S MOTION FOR RECONSIDERATION**

This matter came before the court on appellant Patricia Monet Conner's April 7, 2016 Motion for Reconsideration of Opinion and Order Denying Appellant's Motion for Sanctions. No response was ordered, and no oral argument was heard. Local Rule 7.1(h)(2)(E.D. Mich. July 27, 2015).

Pursuant to Local Rule 7.1(h)(3),

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

In this case appellant Conner argues that the court made an error by referencing the bankruptcy court's trial transcript even though her motion referenced alleged misconduct by the Defendants during the appeal proceedings. Conner's instant motion fails to show that correcting the defect will result in a different disposition of the case. The court will again deny her motion for sanctions.

## **ORDER**

It is hereby **ORDERED** that appellant Conner's April 7, 2016 motion for reconsideration is **DENIED.**

                                                 s/John Corbett O'Meara
                                                 United States District Judge

Date: April 11, 2016

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 11, 2016, using the ECF system and/or ordinary mail.

                                                 s/William Barkholz
                                               Case Manager