UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MONET CONNER,

      Plaintiff/Appellant,

Case No. 15-10541

Honorable John Corbett O'Meara

v.

UNITED STATES DEPARTMENT OF
EDUCATION and EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

      Defendant/Appellees.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## APPELLANT'S MOTION FOR RECONSIDERATION

This matter came before the court on appellant Patricia Monet Conner's April 7, 2016 Motion for Reconsideration of Opinion and Order Affirming Judgment of the Bankruptcy Court. No response was ordered, and no oral argument was heard. Local Rule 7.1(h)(2)(E.D. Mich. July 27, 2015).

Pursuant to Local Rule 7.1(h)(3),

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

In this case appellant Conner argues that the court made an error by affirming the bankruptcy court's judgment when she did not receive a judgment from that court. She requests that the word "judgment" be removed from this court's opinion and order. The remainder of Conner's motion for reconsideration merely presents the same issues ruled upon by the court and will therefore be denied.

**ORDER**

It is hereby **ORDERED** that the April 7, 2016 Motion for Reconsideration of Opinion and Order Affirming Judgment of the Bankruptcy Court is **GRANTED IN PART** and only to the extent that the title of the court's March 28, 2016 order and its order language be changed to reflect that it affirms the bankruptcy court's order denying Appellant's request for a hardship discharge and dismissing her complaint.

It is further **ORDERED** that the remainder of the motion **DENIED.**

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  April 11, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 11, 2016, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager