UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MONET CONNER,

    Plaintiff/Appellant,

v.

UNITED STATES DEPARTMENT OF
EDUCATION and EDUCATIONAL
CREDIT MANAGEMENT
CORPORATION,

    Defendant/Appellees.
_____/

Case No. 15-10541

Honorable John Corbett O'Meara

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter came before the court on appellant Patricia Monet Conner's July 27, 2016 motion for reconsideration of the court's July 18, 2016 order. No response was filed and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

L.R. 7.1(h)(3).

In her motion for reconsideration, appellant Conner presents the same issues ruled upon by the court, either expressly or by reasonable implication. Accordingly, it is hereby **ORDERED** that appellant Conner's motion for reconsideration is **DENIED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: August 2, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 2, 2016, using the ECF system and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager